UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAVONTAE DYSON,<br>　　　Plaintiff,<br>v.<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br>　　　Defendant. | No. 1:17-CV-850<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the Order entered on this date, and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date:  December 10, 2018              /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　United States District Judge